**ELI LILLY AND COMPANY,**
**Plaintiff–Appellee,**

v.

**Gerald R. CRABTREE and Jorge Plutzky, Defendants–Appellants,**

**and**

**United States, Defendant–Appellee.**

**Eli Lilly and Company,**
**Plaintiff–Appellee,**

v.

**Gerald R. Crabtree and Jorge Plutzky, Defendants,**

**and**

**United States, Defendant–Appellant.**

No. 2006–1397, 2006–1478.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2006.

ON MOTION

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss its

appeal from the United States District Court for the Southern District of Indiana in case no. 1:03–CV–00520,

IT IS ORDERED THAT:

(1) The motion is granted. All sides shall bear their own costs in 2006–1478.

(2) The revised official captions are reflected above.